FILED
CLERK, U.S. DISTRICT COURT

JUL 28 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED CABALLERO,<br><br>        Petitioner,<br><br>   v.<br><br>JAMES D. HARTLEY, Warden,<br><br>        Respondent. | NO. CV 08-5725-JFW(E)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____, 2009.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE